IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02249-WYD-CBS

RAE ANN MARTIN,

     Plaintiff,

v.

ARCHLAND PROPERTY I, LLC;
CLARA CORPORATION;
MCDONALD'S CORPORATION;
WABASHA LEASING, LLC; and
SANDOVAL FAMILY PARTNERS, LLLP, successor to
SANDOVAL FAMILY PARTNERS, LP,

     Defendants.

---

## ORDER OF DISMISSAL OF DEFENDANT WABASHA LEASING, LLC

---

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss

Defendant Wabasha Leasing, LLC [# 14], filed January 8, 2007, which the Court will

construe as a notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff states that she conferred with counsel for all Defendants, and they do not

object to the dismissal of Defendant Wabasha Leasing, LLC.  After careful review of the

file, the Court has concluded that the notice should be approved and that Plaintiff's

claims against Defendant Wabasha Leasing, LLC should be **DISMISSED WITHOUT**

**PREJUDICE**.  Accordingly, it is

ORDERED that the Notice of Dismissal of Defendant Wabasha Leasing, LLC

[# 14] is **APPROVED**; and that Plaintiff's claims Defendant Wabasha Leasing, LLC are

**DISMISSED WITHOUT PREJUDICE**.  It is

       FURTHER ORDERED that Defendant Wabasha Leasing, LLC is to pay its own

attorney's fees and costs.

       Dated:  January 12, 2007

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge