IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02249-MJW-CBS

RAE ANN MARTIN,

      Plaintiff,

v.

CLARA CORPORATION, and SANDOVAL FAMILY
PARTNERS, LLLP, successor to SANDOVAL FAMILY PARTNERS, LP,

      Defendants.

---

**ORDER RE: STIPULATION TO DISMISS ARCHLAND PROPERTY I, LLC
AND STIPULATION TO DISMISS MCDONALD'S CORPORATION
( Docket No 26 And 27 )**

---

THE COURT having reviewed the parties' *Stipulation to Dismiss Archland Property I, LLC* (Docket Number __26__), and the parties' *Stipulation to Dismiss McDonald's Corporation* (Docket Number __27__), and being fully advised in the matter, does hereby GRANT the stipulations.

IT IS ORDERED that Archland Property I, LLC and McDonald's Corporation are hereby dismissed from this action, without prejudice, subject to the terms contained in the parties' stipulation. It is further ordered that the caption is amended as above to reflect the dismissals.

BY THE COURT:

_____ 6-26-07
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO