IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02249-MJW-CBS

RAE ANN MARTIN,

       Plaintiff,

v.

ARCHLAND PROPERTY I, LLC, CLARA CORPORATION,
MCDONALD'S CORPORATION, and SANDOVAL FAMILY
PARTNERS, LLLP, successor to SANDOVAL FAMILY PARTNERS, LP,

       Defendants.

---

### ORDER RE: STIPULATED PROTECTIVE ORDER
( Docket no. 28 )

---

THE COURT having reviewed the parties' *Stipulated Protective Order* (docket number 28) and being fully advised in the premises, does hereby APPROVE said *Stipulated Protective Order* and hereby makes the same an order of this Court — And Amended in paragraph 8.

Done and signed this 26th day of June, 2007

BY THE COURT:

*[signature]*

~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO