IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  06-cv-02249-MJW-CBS**

RAE ANNE MARTIN,

Plaintiff,

v.

ARCHLAND PROPERTY I, LLC, et al.,

Defendants.

## ORDER

It is hereby ORDERED that the parties' Stipulation for Dismissal with Prejudice (document 35) is GRANTED, and that this case is dismissed.  Each party shall pay their own attorney fees and costs.

It is further ORDERED that all future hearings before Magistrate Judge Watanabe are vacated.

Done this 1st day of October, 2007.

 s/Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge